UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JACKSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br> Defendants. | Case No. 22-cv-03142-JSC <br><br> **PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on August 31, 2022, the Court orders as follows:

1. Fact Discovery Deadline: February 16, 2023
2. Dispositive Motion Filing Deadline: March 2, 2023
3. Rule 52 Opening Briefs (All Parties): April 27, 2023
4. Rule 52 Responsive Briefs (All Parties): May 25, 2023
5. Rule 52 Trial/Hearing: June 15, 2023 9:00 a.m.

The parties shall submit a joint letter on or before September 16, 2022, informing the Court as to (1) their selected private mediator and (2) the date of the mediation.

**IT IS SO ORDERED.**

Dated: August 31, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge